IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 JUL 22 AM 10: 30

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

OSMAN NAUN MEZA-ROMERO,
a/k/a Osman Meza-Romero, a/k/a Osman N.
Meza, a/k/a Osman N. Romero, a/k/a Naun
Meza, a/k/a Jose Escobar Lara,

Defendant.

8:26CR 127

INDICTMENT
8 U.S.C. § 1326(a) & (b)(2)

The Grand Jury charges that

## COUNT I

On or about July 10, 2026, in the District of Nebraska, the defendant, OSMAN NAUN MEZA-ROMERO, a/k/a Osman Meza-Romero, a/k/a Osman N. Meza, a/k/a Osman N. Romero, a/k/a Naun Meza, a/k/a Jose Escobar Lara, an alien, who previously had been excluded, deported, and removed from the United States to Honduras, was found in the United States, without the Acting Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, OSMAN NAUN MEZA-ROMERO, a/k/a Osman Meza-Romero, a/k/a Osman N. Meza, a/k/a Osman N. Romero, a/k/a Naun Meza, a/k/a Jose Escobar Lara, was excluded, deported, and removed from the United States after his September 15, 2014 conviction for Conspiracy to Distribute Methamphetamine, an aggravated felony offense.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

_____
LYNAE A. TUCKER, NE#27521
Assistant U.S. Attorney